IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARICKA LATSON,

       Petitioner,

v.                                        CASE NO. 1:06-cv-00186-MP-AK

JAMES R MCDONOUGH,

       Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, the Report and Recommendation of the Magistrate Judge, which recommends denying the Government's motion to dismiss the petition as untimely. The time for filing objections has passed, and none have been filed.  The Court agrees with the Magistrate Judge that the statute of limitations runs from the time of the resentencing of Petitioner, rather than the original sentence.  Accordingly, the current petition is timely and it is hereby

**ORDERED AND ADJUDGED:**

1.  The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.  The motion to dismiss (doc. 14) is denied, and this matter remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this *6th*  day of March, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge