IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARICKA LATSON,

    Petitioner,

v.                                        CASE NO. 1:06-cv-00186-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

### **ORDER**

This matter is before the undersigned on remand from the District Judge following his adoption of the Report and Recommendation and denial of Respondent's motion to dismiss the habeas petition as untimely.  Doc. 20.  Respondent should now file a response addressing the merits of Petitioner's claims.

Accordingly, it is **ORDERED**:

That Respondent shall file an answer to the petition for writ of habeas corpus addressing the merits of Petitioner's claims no later than **April 23, 2008**;

That Petitioner may file a reply no later than **May 23, 2008**.

**DONE AND ORDERED** this  *10th*  day of March, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**