IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARICKA LATSON,

    Petitioner,

v.                                       CASE NO. 1:06-cv-186-MMP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Respondent's Motion for Extension of Time. For good cause shown, the Court finds the motion is well taken and it is **GRANTED**. Respondent shall file his response no later than **May 22, 2008**.  **Under no circumstances shall a further extension of time be granted to Respondent in this case.**  Petitioner may file his reply no later than **June 23, 2008.**

**DONE AND ORDERED** this  *19th*  day of May, 2008.


                                       *s/ A.  KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**