IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARICKA LATSON,

    Petitioner,

v.                                                     CASE NO. 1:06-cv-186-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 27, Petitioner's Motion for Extension of Time to File Reply. Having carefully considered the matter, the Court finds the motion is well taken and it is **GRANTED**. Petitioner shall file his response no later than **August 4, 2008**.

**DONE AND ORDERED** this  *24*<sup>th</sup>  day of June, 2008.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**