IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARICKA LATSON,

    Petitioner,

v.                                                   CASE NO. 1:06-cv-00186-MP-AK

JAMES R MCDONOUGH,
WALTER A MCNEIL,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition in this case be dismissed with prejudice. The time for filing objections has passed, and none have been filed. The Petitioner argues that his sentences were illegal because he was not given notice of the consequences of application of Florida's prison releasee reoffender and 10-20-Life statutes. Also, Petitioner claims that his plea was not knowingly and voluntarily entered because he was not made aware of the sentencing ramifications he faced. The Court agrees with the Magistrate Judge, however, that the plea colloquy quoted at pp. 2-7 of the Report and Recommendation flatly refutes both of these claims. The Court, the defense attorney and the prosecutor took great pains to explain the sentencing consequences to Mr. Latson, and he revealed in several places his complete

understanding of the sentencing consequences of his plea and conviction.  Accordingly, it is

hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The habeas petitioner is denied with prejudice, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this  *28th*   day of May, 2009

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge